No. 09–1233. SCHWARZENEGGER, GOVERNOR OF CALIFORNIA *v.* PLATA ET AL. D. C. E. D. & D. C. N. D. Cal. [Probable jurisdiction postponed, 560 U. S. 964.] Motion of appellees for divided argument denied. An additional 10 minutes are allotted to each side for oral argument.

No. 09–1272. KENTUCKY *v.* KING. Sup. Ct. Ky. [Certiorari granted, 561 U. S. 1057.] Motion of respondent to dismiss writ of certiorari as improvidently granted is denied.

No. 09–6822. PEPPER *v.* UNITED STATES. C. A. 8th Cir. [Certiorari granted, 561 U. S. 1024.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–5070. DANDAR *v.* KRYSEVIG ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 805] denied.

No. 10–5221. ZERILLI-EDELGLASS *v.* NEW YORK CITY TRANSIT ET AL. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 824] denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

No. 10–5567. MURRAY *v.* AT&T MOBILITY LLC. C. A. 7th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 824] denied.

No. 10–6318. STRICKLAND *v.* BAKER ET AL. C. A. 4th Cir.; and

No. 10–6471. MILLER *v.* MARKS, JUDGE, CIRCUIT COURT OF WEST VIRGINIA, 15TH JUDICIAL CIRCUIT, ET AL. Cir. Ct. Harrison County, W. Va. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 6, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.